upon employers by Section 804 of the Social Security Act is within the power of Congress under the Constitution," and (2) "whether the validity of the tax imposed upon employees by Section 801 of the Social Security Act is properly in issue in this case, and if it is, whether that tax is within the power of Congress under the Constitution." The defendant corporation gave notice to the Clerk that it joined in the petition but it has taken no part in any subsequent proceedings. A writ of certiorari issued."

2. The words "decree for an injunction" on the ninth line of page 5 are struck out, and the words "equitable remedy" are substituted.

3. In the title of the cause the word "Petitioners" where it now appears is struck out, and inserted following the name of the Edison Electric Illuminating Company of Boston.

Reported as amended, *ante*, p. 619.

No. 787. OCEAN BEACH HEIGHTS, INC. ET AL. *v.* BROWN-CRUMMER INVESTMENT CO. ET AL. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. J. Julian Southerland, Scott M. Loftin, John P. Stokes, James E. Calkins,* and *Henry K. Gibson* for petitioners. *Messrs. Giles J. Patterson* and *Dewey Knight* for respondents.

No. 795. UNITED STATES *v.* WILLIAMS. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Reed* for the United States. *Mr. Perry Smith* for respondent.